UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA B. BAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>vs.<br><br>HARMAN INTERNATIONAL INDUSTRIES, et al.,<br><br>                     Defendants. | No. 3:17-cv-00246-RNC<br><br>CLASS ACTION<br><br>DECLARATION OF WILLIAM H. NARWOLD IN SUPPORT OF MOTION FOR APPOINTMENT OF PATRICIA B. BAUM AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

1255808_1

- 1 -

I, WILLIAM H. NARWOLD, declare as follows:

1.      I am an attorney licensed to practice before all the courts of the State of Connecticut and this Court. I am a member of Motley Rice LLC, local counsel for Patricia B. Baum, proposed lead plaintiff in the above-captioned action. I make this declaration in support of Ms. Baum's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of class action published on *PR Newswire* on February 16, 2017;

Exhibit B:   Ms. Baum's Sworn Certification; and

Exhibit C:   Robbins Geller Rudman & Dowd LLP's firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2017.

                                          */s/ William H. Narwold*
                                        WILLIAM H. NARWOLD (CT 00133)

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Declaration of William H. Narwold in Support of Motion for Appointment of Patricia B. Baum as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel was filed electronically and served by mail on anyone unable to accept electronic filing on April 17, 2017.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                                    */s/ William H. Narwold*
                                           William H. Narwold (CT 00133)