UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA B. BAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, et al.,<br><br>　　　　　　　　　　Defendants. | No. 3:17-cv-00246-RNC<br><br><u>CLASS ACTION</u> |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, plaintiff Patricia B. Baum ("Plaintiff") filed this putative class action against Harman International Industries, Incorporated ("Harman"), Harman's Board of Directors, Samsung Electronics Co., Ltd., ("Samsung"), Samsung Electronics America, Inc. ("Samsung USA"), and Silk Delaware, Inc. ("Merger Sub"), on behalf of a class of similarly-situated shareholders of Harman relating to the sale of Harman to Samsung, through Samsung USA and Merger Sub;

WHEREAS, no defendant in this action has answered or filed for summary judgment; and

WHEREAS, a class has not been certified in this action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses its claims without prejudice against Samsung, Samsung USA, and Merger Sub only.

DATED:  July 12, 2017                     MOTLEY RICE LLC
                                          WILLIAM H. NARWOLD


                                             s/William H. Narwold
                                          WILLIAM H. NARWOLD

                                          20 Church Street, 17th Floor
                                          Hartford, CT 06103
                                          Telephone:  860/882-1676
                                          860/882-1682 (fax)
                                          bnarwold@motleyrice.com

                                          Local Counsel

                                          ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                          DAVID T. WISSBROECKER
                                          DAVID A. KNOTTS
                                          655 West Broadway, Suite 1900
                                          San Diego, CA  92101
                                          Telephone: 619/231-1058
                                          619/231-7423 (fax)

                                          Lead Counsel for Plaintiff

- 1 -

1285904_1

- 2 -

                JOHNSON & WEAVER, LLP
                W. SCOTT HOLLEMAN
                99 Madison Avenue, 5th Floor
                New York, NY 10016
                Telephone: 212/802-1486
                212/602-1592

Additional Counsel for Plaintiff

1285904_1

CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 12, 2017.

                                           s/ William H. Narwold
                                           WILLIAM H. NARWOLD

                                           MOTLEY RICE LLC
                                           20 Church Street, 17th Floor
                                           Hartford, CT 06103
                                           Telephone:  860/882-1676
                                           860/882-1682 (fax)

                                           E-mail:  bnarwold@motleyrice.com

1285904_1

# Mailing Information for a Case 3:17-cv-00246-RNC Baum v. Harman International Industries, Incorporated et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William H. Narwold**
  bnarwold@motleyrice.com,mjasinski@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`