UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA B. BAUM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, et al., <br><br> Defendants. | ) No. 3:17-cv-00246-RNC <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR ADMISSION OF DAVID A. KNOTTS
TO APPEAR AS VISITING ATTORNEY**

1293907_1

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for admission of David A. Knotts, of Robbins Geller Rudman & Dowd LLP, Address: 655 West Broadway, Suite 1900, San Diego, California 92101, to appear as visiting attorney, *pro hac vice*, for Lead Plaintiff Patricia B. Baum in this matter.

Attorney David A. Knotts is in good standing of the Bar of the State of California, as well as the courts listed in the affidavit filed herewith. Attorney David A. Knotts has not been denied admission to or disciplined by this Court or any other court. Please see the attached Affidavit of David A. Knotts.

DATED: August 14, 2017					MOTLEY RICE LLC
							WILLIAM H. NARWOLD

							      s/ William H. Narwold
							WILLIAM H. NARWOLD

							20 Church Street, 17th Floor
							Hartford, CT 06103
							Telephone: 860/882-1676
							860/882-1682 (fax)
							bnarwold@motleyrice.com

							Local Counsel

							ROBBINS GELLER RUDMAN
							   & DOWD LLP
							DAVID T. WISSBROECKER
							DAVID A. KNOTTS
							655 West Broadway, Suite 1900
							San Diego, CA  92101-8498
							Telephone: 619/231-1058
							619/231-7423 (fax)

							Lead Counsel for Plaintiff

							JOHNSON & WEAVER, LLP
							W. SCOTT HOLLEMAN
							99 Madison Avenue, 5th Floor
							New York, NY  10016
							Telephone: 212/802-1486
							212/602-1592 (fax)

							Additional Counsel for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2017, a copy of the foregoing Motion for Admission of David A. Knotts to Appear as Visiting Attorney was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

      s/ William H. Narwold
WILLIAM H. NARWOLD

MOTLEY RICE LLC
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone:  860/882-1676
860/882-1682 (fax)
bnarwold@motleyrice.com

# Mailing Information for a Case 3:17-cv-00246-RNC Baum v. Harman International Industries, Incorporated et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William H. Narwold**
  bnarwold@motleyrice.com,mjasinski@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`