UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA B. BAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, DINESH C. PALIWAL, ADRIANE M. BROWN, JOHN W. DIERCKSEN, ANN M. KOROLOGOS, ROBERT NAIL, ABRAHAM N. REICHENTAL, KENNETH M. REISS, HELLENE S. RUNTAGH, FRANK S. SKLARSKY, and GARY G. STEEL,<br><br>*Defendants*. | No. 3:17-CV-00246-RNC |

## MOTION TO PERMIT STEPHEN R. DIPRIMA TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), defendants Harman International Industries, Incorporated, Dinesh C. Paliwal, Adriane M. Brown, John W. Diercksen, Ann M. Korologos, Robert Nail, Abraham N. Reichental, Kenneth M. Reiss, Hellene S. Runtagh, Frank S. Sklarsky, and Gary G. Steel (collectively "Defendants") by and through their counsel, Joseph C. Merschman, hereby moves this Court to permit Stephen R. DiPrima to appear pro hac vice in the above-captioned action on their behalf.  In support of this motion, the undersigned relies upon the attached Declaration submitted by Mr. DiPrima.

PLEASE TAKE NOTICE that this application is made upon the papers, and unless counsel for plaintiffs objects to the application, no oral argument is requested.

WHEREFORE, defendants request that this Court grant Stephen R. DiPrima permission to appear pro hac vice in this matter.

Respectfully submitted,

*/s/ Joseph C. Merschman*
Joseph C. Merschman (ct27896)
WIGGIN AND DANA LLP
One Century Tower
PO Box 1832
New Haven, Connecticut  06508
Phone: (203) 498-4400
Fax: (203) 782-2889
Email: jmerschman@wiggin.com

*Attorneys for Defendants Harman International Industries, Incorporated, Dinesh C. Paliwal, Adriane M. Brown, John W. Diercksen, Ann M. Korologos, Robert Nail, Abraham N. Reichental, Kenneth M. Reiss, Hellene S. Runtagh, Frank S. Sklarsky, And Gary G. Steel*

## CERTIFICATE OF SERVICE

I hereby certify that on this day a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may also access this filing through the Court's CM/ECF System.

                                                              */s/ Joseph C. Merschman*
                                                              Joseph C. Merschman

20706\67\3765673.v1