UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA B. BAUM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:17-cv-00246-RNC <br><br> <u>CLASS ACTION</u> |

**MOTION FOR ADMISSION OF BRETT M. MIDDLETON
TO APPEAR AS VISITING ATTORNEY**

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for admission of Brett M. Middleton, of Johnson Fistel, LLP, Address: 655 West Broadway, San Diego, CA 92101, to appear as visiting attorney, *pro hac vice*, for plaintiff Patricia B. Baum in this matter.

Attorney Brett M. Middleton is in good standing of the Bar of the State of California, as well as the courts listed in the affidavit filed herewith. Attorney Brett M. Middleton has not been denied admission to or disciplined by this Court or any other court. Please see the attached Affidavit of Brett M. Middleton in Support of Motion for Admission to Appear as Visiting Attorney.

|  |  |
|---|---|
| DATED: October 10, 2019 | MOTLEY RICE LLC |
|  | */s/ William H. Narwold* |
|  | WILLIAM H. NARWOLD |

20 Church Street, 17th Floor
Hartford, CT  06103
Telephone: 860/882-1681
860/882-1682 (fax)
bnarwold@motleyrice.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID T. WISSBROECKER
DAVID A. KNOTTS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

JOHNSON FISTEL, LLP
BRETT M. MIDDLETON
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)

Additional Counsel for Plaintiff

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on October 10, 2019, a copy of the foregoing Motion for Admission of Brett M. Middleton to Appear as Visiting Attorney was filed electronically with this Court. Notice of this filing will be sent by email to all parties by operation of the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                        */s/ William H. Narwold*
                                        William H. Narwold