## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA B. BAUM, Individually and on Behalf of All Others Similarly Situated, | : : : | |
| *Plaintiff*, | : : | |
| v. | : : | No. 3:17-CV-00246-RNC |
| HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, DINESH C. PALIWAL, ADRIANE M. BROWN, JOHN W. DIERCKSEN, ANN M. KOROLOGOS, ROBERT NAIL, ABRAHAM N. REICHENTAL, KENNETH M. REISS, HELLENE S. RUNTAGH, FRANK S. SKLARSKY, and GARY G. STEEL, | : : : : : : : : : : | October 22, 2019 |
| *Defendants*. | : | |

### MOTION TO PERMIT SCOTT STEVENSON TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), defendants Harman International Industries, Incorporated, Dinesh C. Paliwal, Adriane M. Brown, John W. Diercksen, Ann M. Korologos, Robert Nail, Abraham N. Reichental, Kenneth M. Reiss, Hellene S. Runtagh, Frank S. Sklarsky, and Gary G. Steel (collectively "Defendants") by and through their counsel, Joseph C. Merschman, hereby move this Court to permit Scott Stevenson to appear *pro hac vice* in this case on their behalf. In support of this motion, the undersigned relies upon the attached Declaration submitted by Mr. Stevenson.

2

WHEREFORE, defendants request that this Court grant Scott Stevenson permission to appear *pro hac vice* in this matter.

Dated:  October 22, 2019                           Respectfully Submitted,


                                                                    */s/Joseph C. Merschman*
                                                                    Joseph C. Merschman
                                                                    Wiggin and Dana LLP
                                                                    One Century Tower
                                                                    265 Church Street
                                                                    P.O. Box 1832
                                                                    New Haven, CT 06508-1832
                                                                    203-498-4400 (telephone)
                                                                    203-782-2889 (facsimile)

*Attorney for Defendants Harman International Industries, Incorporated, Dinesh C. Paliwal, Adriane M. Brown, John W. Diercksen, Ann M. Korologos, Robert Nail, Abraham N. Reichental, Kenneth M. Reiss, Hellene S. Runtagh, Frank S. Sklarsky, and Gary G. Steel*