## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA B. BAUM, Individually and on Behalf of All Others Similarly Situated, | : : : | |
| *Plaintiff*, | : : | |
| v. | : : | CASE NO. 3:17-CV-00246-RNC |
| HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, DINESH C. PALIWAL, ADRIANE M. BROWN, JOHN W. DIERCKSEN, ANN M. KOROLOGOS, ROBERT NAIL, ABRAHAM N. REICHENTAL, KENNETH M. REISS, HELLENE S. RUNTAGH, FRANK S. SKLARSKY, and GARY G. STEEL, | : : : : : : : : : | OCTOBER 8, 2021 |
| *Defendants*. | : | |

### MOTION TO PERMIT WILFRED T. BEAYE JR. TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), defendants Harman International Industries, Incorporated, Dinesh C. Paliwal, Adriane M. Brown, John W. Diercksen, Ann M. Korologos, Robert Nail, Abraham N. Reichental, Kenneth M. Reiss, Hellene S. Runtagh, Frank S. Sklarsky, and Gary G. Steel (collectively "Defendants") by and through their counsel, Joseph C. Merschman, hereby move this Court to permit Wilfred T. Beaye Jr. to appear *pro hac vice* in this case on their behalf. In support of this motion, the undersigned relies upon the attached Declaration submitted by Mr. Beaye Jr.

WHEREFORE, defendants request that this Court grant Wilfred T. Beaye Jr. permission to appear *pro hac vice* in this matter.

2

Dated: October 8, 2021                                              Respectfully Submitted,

                                                        */s/ Joseph C. Merschman*
                                                        Joseph C. Merschman (ct27896)
                                                        Wiggin and Dana LLP
                                                        One Century Tower
                                                        265 Church Street
                                                        P.O. Box 1832
                                                        New Haven, CT 06508-1832
                                                        Tel: 203-498-4400
                                                        Fax: 203-782-2889

                                                        *Attorney for Defendants Harman International Industries, Incorporated, Dinesh C. Paliwal, Adriane M. Brown, John W. Diercksen, Ann M. Korologos, Robert Nail, Abraham N. Reichental, Kenneth M. Reiss, Hellene S. Runtagh, Frank S. Sklarsky, and Gary G. Steel*

20706\86\4821-2235-8782.v1