UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA B. BAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, et al.,<br><br>　　　　　　　　　　Defendants. | No. 3:17-cv-00246-RNC<br><br>CLASS ACTION<br><br>MOTION FOR ADMISSION OF RANDALL J. BARON TO APPEAR AS VISITING ATTORNEY |

4881-8179-4049.v1

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for admission of Randall J. Baron, of Robbins Geller Rudman & Dowd LLP, Address: 655 West Broadway, Suite 1900, San Diego, California 92101, to appear as visiting attorney, *pro hac vice*, for Lead Plaintiff Patricia B. Baum in this matter.

Attorney Randall J. Baron is in good standing of the Bar of the State of California, as well as the courts listed in the affidavit filed herewith. Attorney Randall J. Baron has not been denied admission to or disciplined by this Court or any other court. Please see the attached Declaration of Randall J. Baron.

DATED: October 26, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON
DAVID A. KNOTTS

    s/David A. Knotts
DAVID A. KNOTTS

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

MOTLEY RICE LLC
WILLIAM H. NARWOLD
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860/882-1676
860/882-1682 (fax)
bnarwold@motleyrice.com

Local Counsel

JOHNSON FISTEL, LLP
655 West Broadway, Suite 1400
San Diego, CA  92101
Telephone: 619/230-0063
619/255-1856 (fax)

Additional Counsel for Plaintiff

- 1 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 26, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ David A. Knotts
DAVID A. KNOTTS

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dknotts@rgrdlaw.com

# Mailing Information for a Case 3:17-cv-00246-RNC Baum v. Harman International Industries, Incorporated et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen R. DiPrima**
  SRDiPrima@wlrk.com

- **Caitlin A. Donovan**
  CADonovan@wlrk.com

- **Tadhg Dooley**
  tdooley@wiggin.com,msumner@wiggin.com,asierra@wiggin.com

- **Mathew P. Jasinski**
  mjasinski@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

- **David A. Knotts**
  dknotts@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com,dknotts@ecf.courtdrive.com

- **Ryan A. McLeod**
  RAMcLeod@wlrk.com

- **Joseph C. Merschman**
  JMerschman@wiggin.com,JKrawczyk@wiggin.com,yromero@wiggin.com,nchavez@wiggin.com

- **Brett Middleton**
  brettm@johnsonfistel.com,paralegal@johnsonfistel.com

- **William H. Narwold**
  bnarwold@motleyrice.com,mjasinski@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`