UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA B. BAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, et al.,<br><br>Defendants. | No. 3:17-cv-00246-RNC<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

Lead Plaintiff Patricia B. Baum respectfully moves this Court pursuant to Federal Rule of Civil Procedure 23 for an Order (1) preliminarily approving the terms of the Settlement set forth in the Stipulation of Settlement dated June 23, 2022 (the "Stipulation"); (2) preliminarily certifying the Class for settlement purposes; (3) approving proposed methods of disseminating notice to the Class; (4) setting a date for the final settlement hearing; and (5) such other and further relief as this Court deems just and proper.

This motion is based on the supporting memorandum, the Stipulation and supporting exhibits, the papers and filings on record in this Litigation, and such additional evidence or argument as may be presented at the hearing.

A proposed Order Preliminarily Approving Settlement and Providing for Notice is also submitted herewith.

DATED:  June 23, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON
DAVID A. KNOTTS

s/ David A. Knotts
DAVID A. KNOTTS

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

MOTLEY RICE LLC
WILLIAM H. NARWOLD
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone:  860/882-1676
860/882-1682 (fax)
bnarwold@motleyrice.com

Local Counsel

- 2 -

JOHNSON FISTEL, LLP
BRETT M. MIDDLETON
655 West Broadway, Suite 1400
San Diego, CA  92101
Telephone:  619/230-0063
619/255-1856 (fax)

Additional Counsel for Plaintiff

4871-2614-4038

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on June 23, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>s/ David A. Knotts</u>
DAVID A. KNOTTS

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  dknotts@rgrdlaw.com

4881-9215-1334

# Mailing Information for a Case 3:17-cv-00246-RNC Baum v. Harman International Industries, Incorporated et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Wilfred T Beaye , Jr**
  wtbeaye@wlrk.com

- **Stephen R. DiPrima**
  SRDiPrima@wlrk.com

- **Caitlin A. Donovan**
  CADonovan@wlrk.com

- **Tadhg Dooley**
  tdooley@wiggin.com,asierra@wiggin.com

- **Mathew P. Jasinski**
  mjasinski@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

- **David A. Knotts**
  dknotts@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com,tdoremus@rgrdlaw.com,dknotts@ecf.courtdrive.com

- **Ryan A. McLeod**
  RAMcLeod@wlrk.com

- **Joseph C. Merschman**
  JMerschman@wiggin.com,JKrawczyk@wiggin.com,bhammond@wiggin.com

- **Brett Middleton**
  brettm@johnsonfistel.com,paralegal@johnsonfistel.com

- **William H. Narwold**
  bnarwold@motleyrice.com,mjasinski@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`