UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA B. BAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, et al.,<br><br>　　　　　　　　　　Defendants. | No. 3:17-cv-00246-RNC<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF PLAN OF ALLOCATION, AND AWARD OF ATTORNEYS' FEES AND EXPENSES |

- 1 -

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, on November 10, 2022, at 10:00 a.m., upon the accompanying memorandum, the declarations in support thereof, the Stipulation of Settlement dated June 23, 2022, and all prior proceedings had herein, Lead Plaintiff, by and through her attorneys, hereby moves the Court, before the Honorable Robert N. Chatigny, United States District Judge, District of Connecticut, at the Abraham Ribicoff Federal Building, 450 Main Street, Room 228, Hartford, Connecticut, for a judgment and orders granting final approval of the proposed settlement of this securities class action, approving the Plan of Allocation, and awarding attorneys' fees and expenses.

DATED: October 6, 2022                Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON
DAVID A. KNOTTS

              s/ David A. Knotts
            DAVID A. KNOTTS

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

MOTLEY RICE LLC
WILLIAM H. NARWOLD
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone:  860/882-1676
860/882-1682 (fax)
bnarwold@motleyrice.com

Local Counsel

- 2 -

JOHNSON FISTEL, LLP
BRETT M. MIDDLETON
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 6, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                    s/ David A. Knotts
                    DAVID A. KNOTTS

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  dknotts@rgrdlaw.com

# Mailing Information for a Case 3:17-cv-00246-RNC Baum v. Harman International Industries, Incorporated et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Wilfred T Beaye , Jr**
  wtbeaye@wlrk.com

- **Stephen R. DiPrima**
  SRDiPrima@wlrk.com

- **Caitlin A. Donovan**
  CADonovan@wlrk.com

- **Tadhg Dooley**
  tdooley@wiggin.com,asierra@wiggin.com,lweeden@wiggin.com

- **Mathew P. Jasinski**
  mjasinski@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

- **David A. Knotts**
  dknotts@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com,tdoremus@rgrdlaw.com,dknotts@ecf.courtdrive.com

- **Ryan A. McLeod**
  RAMcLeod@wlrk.com

- **Joseph C. Merschman**
  JMerschman@wiggin.com,JKrawczyk@wiggin.com,bhammond@wiggin.com

- **Brett Middleton**
  brettm@johnsonfistel.com,paralegal@johnsonfistel.com

- **William H. Narwold**
  bnarwold@motleyrice.com,mjasinski@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`